# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/28/2015 9:16:43 AM
PAM ESTES
Clerk

Court of Appeals No. (If known):  **12 - 15 - 00236 - CV**

Trial Court Style:____DOWTECH SPECIALTY CONTRACTORS, INC
VS
CITY OF NACOGDOCHES AND AEROMIX SYSTEMS, INC

Trial Court & County: NACOGDOCHES    Trial Court No.: C1228865

Date Trial Clerk's Record Originally Due: SEPTEMBER 28, 2015

Date Court Reporter's/Recorder's Record Originally Due: SEPTEMBER 28, 2015

Anticipated Number of Pages of Record:___THIS IS A BOX FILE AND A DESIGNATION HAS NOT BEEN FILED YET, SO I AM NOT SURE HOW MANY PAGES IT WILL BE.

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:    (Check all that apply - attach additional pages if necessary.)

☒ to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☐ my duties listed below preclude working on this record:

☐ Other. (Explain.):

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by OCTOBER 12TH, 2015 , and **I hereby request an additional 10 days** within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

SEPTEMBER 28TH, 2015
Date

Signature

(936) 560-7730

JESSICA HILL

Office Phone Number                    Printed Name

JHILL@CO.NACOGDOCHES.TX.US             DEPUTY CLERK
E-mail Address (if available)          Official Title

Trial Clerk's/Court Reporter's Request for Ext/12th CA-CsL/Tyler/12-3-97/Rev.5-3-2001
TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:           Lead Counsel for **APPELLEE(S)**:


Name: BLAKE C NORVELL                        Name: THOMAS L BELANGER

Address:37 CYPRESS POINT STREET              Address: 305 EAST MAIN

                                             P.O. DRAWER 631248

ABILENE, TX 79606                            NACOGDOCHES, TX 75963-1248

Phone no.:(325) 695-1708                     Phone no.: (936) 564-4315

Attorney for: DOWTECH SPECIALTY              Attorney for: CITY OF NACOGDOCHES AND

CONTRACTORS, INC                             AEROMIX SYSTEMS, INC